CO-386-online
10/03

# United States District Court
# For the District of Columbia

Shawne Merriman, et al.            )
                                   )
                                   )
                                   )
            vs    Plaintiff        )    Civil Action No. 1:08-cv-01239-ESH
                                   )
CADE Construction, LLC, et al.     )
                                   )
                                   )
            Defendant              )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Shawne Merriman and S.M. Real Estate LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  S. M. Real Estate LLC  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. 180380                        Roy I. Niedermayer
_____          _____
BAR IDENTIFICATION NO.             Print Name

                                   4800 Hampden Lane, 7th Floor
                                   _____
                                   Address

                                   Bethesda         MD          20814
                                   _____
                                   City             State       Zip Code

                                   301-951-4456
                                   _____
                                   Phone Number