## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWNE MERRIMAN, *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:08-cv-01239-ESH |
| | ) |
| | ) |
| CADE CONSTRUCTION, LLC, *et al.* | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of the undersigned attorney as additional counsel for plaintiffs, Shawne Merriman and S.M. Real Estate, LLC.

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG EIG & COOPER, CHTD.


By: /s/
   Arthur House, #161,844

4800 Hampden Lane, 7th Floor
Bethesda, MD 20814
Telephone: (301) 951-9334
ahouse@paleyrothman.com

Attorney for Plaintiffs