AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SHAWNE MERRIMAN et al.

**SUMMONS IN A CIVIL CASE**

V.

CADE CONSTRUCTION, LLC, et al.

Case: 1:08-cv-01239
Assigned To : Huvelle, Ellen S.
Assign. Date : 7/17/2008
Description: Contract

TO: (Name and address of Defendant)

CADE CONSTRUCTION, LLC
Serve: Brandon Adams, Registered Agent
423 Buchanan Street, N.W.
Washington, D.C. 20011

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roy I. Niedermayer, Esq.
Paley, Rothman, Goldstein,
Rosenberg, Eig & Cooper, Chtd.
4800 Hampden Lane, Seventh Floor
Bethesda, MD 20814

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUL 17 2008

CLERK                                             DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 5/85)   Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 8/10/08  8:50 pm |
| NAME OF SERVER  KEVIN A. REID | TITLE  PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 423 BUCHANAN ST NW WASH, D.C. 20011 C/O BRANDON ADAMS - R/A

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/11/08
  Date

Signature of Server

P.O. Box 7394  SILVER SPG, MD 20907
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.